1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   FRANCISCO ALVARADO-VASQUEZ
7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case Nos. 1:18-cr-00019-DAD-BAM;
12 | Plaintiff, |
13 | vs. | **STIPULATION TO CONTINUE SENTENCING; ORDER**
14 | FRANCISCO ALVARADO-VASQUEZ, | Date:  February 4, 2019
15 | | Time:  10:00 a.m.
   | Defendant. | Judge: Hon. Dale A. Drozd
16
17

18        IT IS HEREBY STIPULATED, by and between the parties, through their respective

19 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

20 Federal Defender Reed Grantham, counsel for defendant Francisco Alvarado-Vasquez, that the

21 sentencing hearing currently scheduled for January 9, 2019, be continued to February 4, 2019, at

22 10:00 a.m.

23        On November 28, 2018, Probation filed its initial Presentence Investigation Report

24 ("PSR") in this case. Dkt. #41. Defense counsel submitted informal objections to the initial PSR,

25 provided to Probation and the government on December 12, 2018. Dkt. 44-1 at 2-8. Following

26 Probation's receipt of defense counsel's informal objections, a final PSR was filed with the Court

27 on December 19, 2018. Dkt. #44. Defense counsel filed formal objections with the Court on

28 December 26, 2018. Dkt. #45. On January 2, 2019, Probation provided both parties with a

Dispositional Memorandum in this case, in reference to the accompanying probation violation in Case No. 1:17-cr-00303.

Both parties are requesting a brief continuance to further investigate information contained in Probation's Dispositional Memorandum, and to file respective sentencing memoranda responding to the Dispositional Memorandum. Additionally, both parties request additional time to file sentencing memoranda addressing information relevant for sentencing purposes not contained within Probation's PSR or Dispositional Memorandum. The requested continuance is made at the request of the parties, is for the parties' convenience, and is made with the intention of conserving time and resources for both the parties and the Court. The requested date is a mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 3, 2019      */s/ Jeffrey Spivak*
                           JEFFREY SPIVAK
                           Assistant United States Attorney
                           Attorney for Plaintiff


                           HEATHER E. WILLIAMS
                           Federal Defender


Date: January 3, 2019      */s/ Reed Grantham*
                           REED GRANTHAM
                           Assistant Federal Defender
                           Attorney for Defendant
                           FRANCISCO ALVARADO-VASQUEZ

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that the sentencing hearing set for Wednesday, January 9, 2019 at 10:00 a.m. before the Honorable Dale A. Drozd be continued to Monday, February 4, 2019, at 10:00 a.m., as will the dispositional hearing in Case No. 1:17cr00303.

IT IS SO ORDERED.

Dated: __**January 4, 2019**__

*/s/ Dale A. Drozd*
UNITED STATES DISTRICT JUDGE